B 5 (Official Form  5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br><br>District of Minnesota | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual:  Last, First, Middle)<br><br>**American Bancorporation** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|

| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.)<br>**41-0988463** | |

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**1578 University Avenue West, St. Paul, MN 55104**<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Ramsey County**<br><br>ZIP CODE **55104** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br><br>ZIP CODE |
|---|---|

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR  (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7     ☑ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐  Debts are primarily consumer debts<br>☑  Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br><br>☐  Individual (Includes Joint Debtor)<br>☑  Corporation (Includes LLC and LLP)<br>☐  Partnership<br>☐  Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br><br>☐  Health Care Business<br>☐  Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐  Railroad<br>☐  Stockbroker<br>☐  Commodity Broker<br>☐  Clearing Bank<br>☑  Other  **Bank Holding Company** |
|---|---|---|

| VENUE<br><br>☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | FILING FEE (Check one box)<br><br>☑ Full Filing Fee attached<br><br>☐  Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |
|---|---|

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER**
**OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes)<br><br>1.  ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2.  ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b.  ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | COURT USE ONLY |
|---|---|

B 5 (Official Form  5) (12/07) – Page 2

**Name of Debtor** American Bancorporati

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _____<br>Signature of Petitioner or Representative (State title)<br>Alesco Preferred Funding XV, Ltd. | x  /e/ Jeffrey D. Klobucar (#389368)      05/01/2014<br>Signature of Attorney                                          Date<br>Bassford Remele. P.A. |
| Name of Petitioner                         Date Signed<br>by ATPManagement LLC, its Collateral Manager | Name of Attorney Firm (If any)<br>33 S. 6th Street, Ste. 3800, Minneapolis, MN  55402 |
| Name & Mailing            Constantine M. Dakolias, President<br>Address of Individual    1345 Avenue of the Americas<br>Signing in Representative  New York, NY 10105<br>Capacity                          _____ | Address<br>  (612) 333-3000<br><br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Alesco Preferred Funding XVI, Ltd. | x  /e/ Jeffrey D. Klobucar (#389368)      05/01/2014<br>Signature of Attorney                                          Date<br>Bassford Remele. P.A. |
| Name of Petitioner                         Date Signed<br>By ATP Management LLC, its CollateralManager | Name of Attorney Firm (If any)<br>33 S. 6th Street, Ste. 3800, Minneapolis, MN  55402 |
| Name & Mailing            Constantine M. Dakolias, President<br>Address of Individual    1345 Avenue of the Americas<br>Signing in Representative  New York, NY 10105<br>Capacity                          _____ | Address<br>  (612) 333-3000<br><br>Telephone No. |
| x _____<br>Signature of Petitioner or Representative (State title)<br>Alesco Preferred Funding II, Ltd. | x _____<br>Signature of Attorney                                          Date |
| Name of Petitioner                         Date Signed<br>by Cohen & Company Financial Management, LL | Name of Attorney Firm (If any) |
| Name & Mailing            Peter Addei<br>Address of Individual    Circa Centre, 2929 Arch St., 17th Fl<br>Signing in Representative  Philadelphia, PA 19104-2870<br>Capacity | Address<br><br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner          by ATP Management LLC,<br>                                                            its Collateral Manager<br>Alesco Preferred Funding XV, Ltd. | Nature of Claim<br>Trust Preferred, Guaranty | Amount of Claim<br>$27,374,355.84 |
| Name and Address of Petitioner          by ATP Management LLC,<br>                                                            its Collateral Manager<br>Alesco Preferred Funding XVI, Ltd. | Nature of Claim<br>Trust Preferred, Guaranty | Amount of Claim<br>$13,728,561.67 |
| Name and Address of Petitioner          by Cohen & Company Financial<br>                                                            Management, LLC, its Collateral<br>                                                            Manager<br>Alesco Preferred Funding II, Ltd., | Nature of Claim<br>Trust Preferred, Guaranty | Amount of Claim<br>$7,000,000.00 plus accrued and unpaid interest |
| Note:     If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners'<br>Claims  $48,102,917.51 plus accrued and<br>unpaid interest |

_____continuation sheets attached

B 5 (Official Form  5) (12/07) – Page 2    Name of Debtor ___American Bancorporation___

Case No._____

| TRANSFER OF CLAIM |
|---|
| ❏ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner.  Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

| REQUEST FOR RELIEF |
|---|
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition.  If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. |
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. |

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>**Alesco Preferred Funding XV, Ltd.** | x_____ Date<br>Signature of Attorney<br>**Jeffrey Klobucar, Bassford Remele, PA** |
| Name of Petitioner                          Date Signed<br>By ATP Management LLC, its Collateral Manager | Name of Attorney Firm (if any)<br>**33 S. 6th Street, Suite 3800, Minneapolis, MN 55402** |
| Name & Mailing                Constantine M. Dakolias, President<br>Address of Individual<br>Signing in Representative        1345 Avenue of the Americas<br>Capacity                               New York, NY 10105 | Address<br>**(612)333-3000**<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>**Alesco Preferred Funding XVI, Ltd.** | x_____ Date<br>Signature of Attorney<br>**Jeffrey Klobucar, Bassford Remele, PA** |
| Name of Petitioner                          Date Signed<br>By ATP Management LLC, its Collateral Manager | Name of Attorney Firm (if any)<br>**33 S. 6th Street, Suite 3800, Minneapolis, MN 55402** |
| Name & Mailing                Constantine M. Dakolias, President<br>Address of Individual<br>Signing in Representative        1345 Avenue of the Americas<br>Capacity                               New York, NY 10105 | Address<br>**(612)333-3000**<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>**Alesco Preferred Funding II, Ltd.** | x_____ Date<br>Signature of Attorney |
| Name of Petitioner                          Date Signed<br>By Cohen & Company Financial Management, LLC, its Collateral Manager | Name of Attorney Firm (If any) |
| Name & Mailing                Peter Addei<br>Address of Individual<br>Signing in Representative        Circa Centre, 2929 Arch St., 17th Floor<br>Capacity                               Philadelphia, PA 19104-2870 | Address<br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner<br>**Alesco Preferred Funding XV, Ltd.**, by ATP Management LLC, its Collateral Manager | Nature of Claim<br>**Trust Preferred, Guaranty** | Amount of Claim<br>**$27,374,355.84** |
| Name and Address of Petitioner<br>**Alesco Preferred Funding XVI, Ltd.**, by ATP Management LLC, its Collateral Manager | Nature of Claim<br>**Trust Preferred, Guaranty** | Amount of Claim<br>**$13,728,561.67** |
| Name and Address of Petitioner<br>**Alesco Preferred Funding II, Ltd.**, by Cohen & Company Financial Management, LLC, its Collateral Manager | Nature of Claim<br>**Trust Preferred, Guaranty** | Amount of Claim<br>$7,000,000.00 plus accrued and unpaid interest |
| Note:     If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims$48,102,917.51 plus accrued and unpaid interest |

_____continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor __American Bancorporation__

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ⊐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Alesco Preferred Funding XV, Ltd.<br>Name of Petitioner          Date Signed<br>By ATP Management LLC, its Collateral Manager<br>Name & Mailing   Constantine M. Dakolias, President<br>Address of Individual<br>Signing in Representative   1345 Avenue of the Americas<br>Capacity   New York, NY 10105 | x_____   Date<br>Signature of Attorney<br>Jeffrey Klobucar, Bassford Remele, PA<br>Name of Attorney Firm (If any)<br>33 S. 6th Street, Suite 3800, Minneapolis, MN 55402<br>Address<br>(612)333-3000<br>Telephone No. |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Alesco Preferred Funding XVI, Ltd.<br>Name of Petitioner          Date Signed<br>By ATP Management LLC, its Collateral Manager<br>Name & Mailing   Constantine M. Dakolias, President<br>Address of Individual<br>Signing in Representative   1345 Avenue of the Americas<br>Capacity   New York, NY 10105 | x_____   Date<br>Signature of Attorney<br>Jeffrey Klobucar, Bassford Remele, PA<br>Name of Attorney Firm (If any)<br>33 S. 6th Street, Suite 3800, Minneapolis, MN 55402<br>Address<br>(612)333-3000<br>Telephone No. |
| x _____(signature)_____ PRESIDENT<br>Signature of Petitioner or Representative (State title)<br>Alesco Preferred Funding II, Ltd.<br>Name of Petitioner          Date Signed  4/30/14<br>By Cohen & Company Financial Management, LLC, its Collateral Manager<br>Name & Mailing   Peter Addei<br>Address of Individual<br>Signing in Representative   Circa Centre, 2929 Arch St., 17th Floor<br>Capacity   Philadelphia, PA 19104-2870 | x_____   Date<br>Signature of Attorney<br>Name of Attorney Firm (If any)<br>Address<br>Telephone No. |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Alesco Preferred Funding XV, Ltd., by ATP Management LLC, its Collateral Manager | Trust Preferred, Guaranty | $27,374,355.84 |
| Alesco Preferred Funding XVI, Ltd., by ATP Management LLC, its Collateral Manager | Trust Preferred, Guaranty | $13,728,561.67 |
| Alesco Preferred Funding II, Ltd., by Cohen & Company Financial Management, LLC, its Collateral Manager | Trust Preferred, Guaranty | $7,000,000.00 plus accrued and unpaid interest |
| Note:   If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims $48,102,917.51 plus accrued and unpaid interest |

_____ continuation sheets attached