## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

American Bancorporation,

Debtor.

Bky. Case No. 14-31882 (KAC)

Chapter 11

## NOTICE OF CONSENT TO ORDER FOR RELIEF

American Bancorporation, by and through its undersigned legal counsel, hereby gives notice that it consents to the entry by the Court of the order for relief under Chapter 11 of the United States Bankruptcy Code.

Dated:  May 23, 2014

**LINDQUIST & VENNUM LLP**

By:  /e/ George H. Singer
George H. Singer (#0262043)
80 South Eighth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 371-2493
Facsimile:  (612) 371-3207
E-mail:  gsinger@lindquist.com

**ATTORNEYS FOR
AMERICAN BANCORPORATION**