**B6A (Official Form 6A) (12/07)**

In re:  **American Bancorporation**                                      Case No.  **14-31882**
                              —————————————————                                          —————————————
                                    **Debtor**                                              (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | $    0.00 | $    0.00 |
| | | Total    ➤ | $    0.00 | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **American Bancorporation**                                    ,        Case No.  **14-31882**
                          Debtor                                                                        **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Commercial Checking Account No. XXX0200 at American Bank of St. Paul** | | **8,999.92** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Balance of retainer as of entry of Order for Relief** | | **11,756.50** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Commercial & Auto Insurance Policies-- Great Northern Insurance Company** | | **0.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Cyber Insurance Policy -- Travelers Insurance Company** | | **0.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Excess Bond Insurance-- Berkley Insurance Company** | | **0.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Insured Person  Liability & Company Indemnification Policy -- Houston Specialty Insurance Company** | | **0.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Property & Casualty, Financial Institution Insurance Policy-- Chubb Group in Insurance Companies** | | **0.00** |
| Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Workers Compensation, Commercial excess, Employer's Liability & Umbrella Insurance Policies -- Federal Insurance Company** | | **0.00** |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| | | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **American Bancorporation**                                         .        Case No.  **14-31882**
                                    Debtor                                                          (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **100% of Common stock of American Bank of St. Paul (20,000 shares)** | | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Promissory Note dated May 15, 2010 replacing note originally dated June 15, 2007 ($125,000 original principal, matures 5/15/15)** | | **85,002.25** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **American Bancorporation**                                              .          Case No.   **14-31882**
                              Debtor                                                                      **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____2_____  continuation sheets attached            Total    ➤    **$ 105,758.67**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

**B6D (Official Form 6D) (12/07)**

In re  **American Bancorporation**                                    .          Case No.  **14-31882**

                                               **Debtor**                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** <br><br> **Hennepin Capital, LLC** <br> **Attn: Donald McNeil, Esq.** <br> **Heley, Duncan & Melander, PLLP** <br> **8500 Normandale Lake Blvd, Ste 2110** <br> **Minneapolis, MN 55428** | | | **Security Agreement** <br> **100% of the stock of American Bank of St. Paul** <br><br> **VALUE: unknown** | | | | **1,316,750.30** | **0.00** |

0   continuation sheets
       attached

                                              Subtotal  ➢
                                              (Total of this page)

| | | |
|---|---|---|
| Subtotal ➢ (Total of this page) | **$ 1,316,750.30** | **$     0.00** |
| Total ➢ (Use only on last page) | **$ 1,316,750.30** | **$     0.00** |
| | (Report also on Summary of Schedules) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (4/10)

In re    **American Bancorporation**                                          Case No.    14-31882
                        Debtor                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   __American Bancorporation_____,        Case No.   __14-31882_____
                        Debtor                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | **$0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals➤ (Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $ 0.00 | $ 0.00 |

B6F (Official Form 6F) (12/07)

In re  **American Bancorporation** _____    Case No. <u>14-31882</u> _____

Debtor    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                                                                                                   Alesco Preferred Funding II, Ltd. Cohen & Company Fin. Mgmt LLC Circa Centre 2929 Arch St., 17 Flr Philadelphia, PA 19104 | | | Trust Preferred Securities | | | | 8,908,504.43 |
| ACCOUNT NO.                                                                                                   Alesco Preferred Funding XV, Ltd. ATP Management, LLC c/o Constantine M. Dakolais 1345 Avenue of the Americas New York, NY 10105 | | | Trust Preferred Securities Civil Judgment-4/29/2014 | | | | 27,380,355.84 |
| ACCOUNT NO.                                                                                                   Alesco Preferred Funding XVI, Ltd. ATP Management, LLC c/o Constantine M. Dakolais 1345 Avenue of the Americas New York, NY 10105 | | | Trust Preferred Securities Civil Judgment-4/29/2014 | | | | 13,728,561.67 |
| ACCOUNT NO.                                                                                                   American Bank of St. Paul Attn: Russel Gaydos 1060 Dakota Drive Mendota Heights, MN 55120 | | | For Notice Purposes Only | | | | 0.00 |
| ACCOUNT NO.                                                                                                   Federal Deposit Insurance Corp. Attn: Brian Geraets, Supervisory Examiner 9220 Bass Lake Road, Suite 220 New Hope, MN 55428 | | | For Notice Purposes Only | | | | 0.00 |

 2   Continuation sheets attached

Subtotal ▶ $  **50,017,421.94**

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **American Bancorporation**_____    Case No. **14-31882**_____
                                          Debtor                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Federal Reserve Bank of Minneapolis Attn: Frederick Miller 90 Hennepin Avenue Minneapolis, MN 55401** | | | **For Notice Purposes Only** | | | | **0.00** |
| ACCOUNT NO. **Federal Reserve Bank of Minnesota Attn: Gregory Aase 90 Hennepin Avenue Minneapolis, MN 55401** | | | **For Notice Purposes Only** | | | | **0.00** |
| ACCOUNT NO. **Internal Revenue Service Special Procedures Branch PO BOX 21126 Philadelphia, PA 19114** | | | **For Notice Purposes Only** | | | | **0.00** |
| ACCOUNT NO. **IRS Office of Chief Counsel 650 Galtier Plaza 380 Jackson Street St. Paul, MN 55101** | | | **For Notice Purposes Only** | | | | **0.00** |
| ACCOUNT NO. **Jason W. Harbour Hunton & Williams Riverfront Plaza, East Tower 951 East Byrd Street Richmond, VA 23219** | | | **Attorneys for Alesco Preferred Funding XV and XVI - For Notice Purposes Only** | | | | **0.00** |

Sheet no. _1_ of _2_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➢  $ **0.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **American Bancorporation**                                    Case No. __14-31882_____
                                   **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Jeffrey Klobucar** <br> **Bassford Remele, P.A.** <br> **33 South Sixth Street, Ste. 3800** <br> **Minneapolis, MN 55402** | | | **Attorneys for Alesco Preferred Funding XV and XVI - For Notice Purposes Only** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Minnesota Department of Commerce** <br> **Attn: M. Shane Deal** <br> **Deputy Commissioner** <br> **85 7th Place East, Suite 500** <br> **St. Paul, MN 55101** | | | **For Notice Purposes Only** | | | | **0.00** |
| ACCOUNT NO. <br><br> **MN Department of Revenue** <br> **Collection Enforcement Division** <br> **551 Bankruptcy Section** <br> **PO BOX 64447** <br> **St. Paul, MN 55164** | | | **For Notice Purposes Only** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Shannon E. Daily** <br> **Hunton & Williams LLP** <br> **Riverfront Plaza, East Tower** <br> **951 Byrd Street** <br> **Richmond, VA 23219** | | | **Attorneys for Alesco Preferred Funding XV and XVI - For Notice Purposes Only** | | | | **0.00** |

Sheet no. _2_ of _2_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

|  | Subtotal ➤ | $ | **0.00** |
|---|---|---|---|
|  | Total ➤ | $ | **50,017,421.94** |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re:   **American Bancorporation**                                    Case No.   **14-31882**
_____
**Debtor**                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **AmeriNational Community Svcs, Inc.**<br>**217 S. Newton Avenue**<br>**Albert Lea, MN 56007** | **Tax Sharing Agreement among American Bancorporation, American Bank of St. Paul and AmeriNational Community Services, Inc. dated January 1, 2012** |
| **Berkley Regional Insurance Company**<br>**475 Steamboat Road**<br>**Greenwich, CT 06830** | **Excess Bond Insurance Policy** |
| **Chubb Group of Insurance Companies**<br>**15 Mountain View Road**<br>**Warren, NJ 07059** | **Property & Casualty and Financial Institution Insurance policy** |
| **Federal Insurance Company**<br>**c/o Chubb Group of Insurance Cos.**<br>**15 Mountain View Road**<br>**Warren, NJ 07059** | **Workers Compensation, Commercial Excess, Employers Liability and Umbrella Insurance Policies** |
| **Federal Reserve Bank**<br>**Attn: Diann Townsend**<br>**90 Hennepin Avenue**<br>**Minneapolis, MN 55401** | **Written Agreement by and among American Bancorporation, American Bank of St. Paul and the Federal Reserve Bank of Minneapolis dated July 22, 2009.** |
| **Great Northern Insurance Company**<br>**c/o Chubb Group of Insurance Cos.**<br>**15 Mountain View Road**<br>**Warren, NJ 07059** | **Commercial & Auto Insurance policy** |
| **Houston Specialty Insurance Company**<br>**800 Gessner Road, Suite 600**<br>**Houston, TX 77024** | **Insured Persons Liability and Company Indemnification Policy** |
| **Travelers Insurance Company**<br>**385 Washington Street**<br>**St. Paul, MN 55102** | **Cyber Insurance Policy** |

**B6G (Official Form 6G) (12/07) -Cont.**

In re:  **American Bancorporation**                                      .          **Case No.**  **14-31882**
                                              **Debtor**                                                            **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **U.S. Bank N.A., as Trustee<br>Attn: David Jason, Vice President<br>Global Corporate Trust Services<br>190 S LaSalle Street<br>Chicago, IL 60603** | **Amended and Restated Declaration of Trust of the Dakota Capital Trust IV dated April 30, 2007** |
| **U.S. Bank N.A., as Trustee<br>Attn: David Jason, Vice President<br>Global Corporate Trust Services<br>190 S LaSalle Street<br>Chicago, IL 60603** | **Indenture dated April 30, 2007 between American Bancorporation and U.S. Bank N.A., as successor to LaSalle Bank N.A. as Trustee** |
| **Wilmington Trust Co., as Trustee<br>Attn: Corp Trust Administration<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001** | **Amended and Restated Declaration of Trust of Dakota Capital Trust III dated Dec. 19, 2003 and Guarantee Agreement dated the same date** |
| **Wilmington Trust Co., as Trustee<br>Attn: Corp Trust Administration<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890-0001** | **Indenture dated December 19, 2003 between American Bancorporation and Wilmington Trust Co. as trustee** |

**B6H (Official Form 6H) (12/07)**

In re: **American Bancorporation** _____     Case No.  **14-31882**_____
                                 Debtor                                        (If known)

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

In re:   **American Bancorporation**                      Case No.   **14-31882**

Chapter   **11**

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE:  ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:   $    **42,713.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

   2.  Gross Monthly Income:   $    **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)   $    **0.00**
   4.  Payroll Taxes   **0.00**
   5.  Unemployment Taxes   **0.00**
   6.  Worker's Compensation   **0.00**
   7.  Other Taxes   **0.00**
   8.  Inventory Purchases (Including raw  materials)   **0.00**
   9.  Purchase of Feed/Fertilizer/Seed/Spray   **0.00**
  10.  Rent (Other than debtor's principal residence)   **0.00**
  11.  Utilities   **0.00**
  12.  Office Expenses and Supplies   **0.00**
  13.  Repairs and Maintenance   **0.00**
  14.  Vehicle Expenses   **0.00**
  15.  Travel and Entertainment   **0.00**
  16.  Equipment Rental and Leases   **0.00**
  17.  Legal/Accounting/Other Professional Fees   **0.00**
  18.  Insurance   **0.00**
  19.  Employee Benefits (e.g., pension, medical, etc.)   **0.00**
  20.  Payments to Be Made Directly By Debtor to Secured Creditors For
      Pre-Petition Business Debts (Specify):
      **None**
  21.  Other (Specify):
      **None**

  22.  Total Monthly Expenses (Add items 3 - 21)   $    **0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

  23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)   $    **0.00**

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re **American Bancorporation**

Debtor

Case No. **14-31882**

Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $    0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $    0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $    0.00 |
| Student Loan Obligations (from Schedule F) | $    0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $    0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations  (from Schedule F) | $    0.00 |
| TOTAL | $    0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $    0.00 |
| Average Expenses (from Schedule J, Line 18) | $    0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $    0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $    0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $    0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $    0.00 |
| 4. Total from Schedule F | | $    50,017,421.94 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $    50,017,421.94 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **American Bancorporation**
_____ .
                        **Debtor**

Case No.  <u>14-31882</u>
                   (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

### (NOT APPLICABLE)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Russell Gaydos**, the **Chief Restructuring Officer** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **14**_____ sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _<u>June 10, 2014</u>_

Signature.   _____
      <u>Russell Gaydos Chief Restructuring Officer</u>
      [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

### District of Minnesota

In re **American Bancorporation** ,                                    Case No. **14-31882**
Debtor

Chapter   **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          0.00 | | |
| B - Personal Property | YES | 3 | $     105,758.67 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $    1,316,750.30 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $   50,017,421.94 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 13 | $     105,758.67 | $   51,334,172.24 | |

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**District of Minnesota**

In re: **American Bancorporation**                              ,          Case No. **14-31882**
　　　　　　　　　　　　　　　　 Debtor                                        (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐       State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the
debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning
of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years**
immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a
fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal
year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13
must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition
is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **64,000.00** | **Interest income** | **1/1/2012-12/31/2012** |
| **38,000.00** | **Interest income** | **1/1/2013-12/31/2013** |
| **9,000.00** | **Interest income** | **01/01/2014-3/31/2014** |

### 2.  Income other than from employment or operation of business

None
☑       State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's
business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is
filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for
each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.  Payments to creditors

***Complete a. or b., as appropriate, and c.***

None
☑       a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless
the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None   b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Lindquist & Vennum LLP 4200 IDS Center 80 South 8th Street Minneapolis, MN 55402** | **3/14/2014; 4/25/2014 and 4/28/2014** | **11,275.00** | **0.00** |

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None   c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☐

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Alesco Pref. Funding XV, Ltd., & Alesco Pref. Funding XVI, Ltd, v. Am. Bancorporation    13-2963 (ADM/JJK)** | **Civil litigation** | **U.S. District Court District of Minnesota** | **Judgment entered 4/29/2014** |
| **Alesco Preferred Funding II, Ltd. v. American Bancorporation    650720/2014** | **Civil litigation** | **Supreme Court of New York, County of New York** | **Summary Judgment Pending** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

4

## 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lindquist & Vennum LLP**<br>**4200 IDS Center**<br>**80 South 8th Street**<br>**Minneapolis, MN 55402** | **4/24/2014** | **$50,000 retainer.**<br>**On or about 4/25/14, also received as a retainer an assignment and delivery of a promissory note dated May 15, 2010 (renewing and replacing a promissory note originally dated June 15, 2007) in the original principal amount of $125,000 made by Barry J. O'Meara payable to the order of the debtor (the "Note"), the balance of which is approximately $85,002.  After the entry of the Order for Relief but prior to filing of its  application to be employed as debtor's counsel, Lindquist & Vennum returned the promissory note delivered to the firm as a retainer to the Debtor.** |

## 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **George Tesch**<br>**c/o Brett Aamot**<br>**Conway, Deuth and Schmiesing, PLLP**<br>**331 Third Street SW, Ste. 2**<br>**Wilmar, MN 56201** | **01/29/2013** | **Pledge of stock of American Bank of St. Paul to settle pending litigation and secure payment of certain Secured Obligations, including a Settlement Agreement dated 1/29/2013 and Promissory Note dated 6/15/2007 in the original principal amount of $541,895** |
| **John Seidel**<br>**5 Windy Will Court**<br>**Sunfish Lake, MN 55077** | **01/29/2013** | **Pledge of stock of American Bank of St. Paul to settle pending litigation and secure payment of certain Secured Obligations, including a Settlement Agreement dated 1/29/2013 and Promissory Note dated 6/15/2007 in the original principal amount of $1,500,000** |

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

6

## 16.  Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None 

☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18. Nature, location and name of business

None  
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **American Bank of St. Paul** | 41-0988463 | **1060 Dakota Drive Mendota Heights, MN 55120** | **Bank** | **09/01/1972** |

None  
☑

b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                          ADDRESS

## 19. Books, records and financial statements

None  
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                       DATES SERVICES RENDERED

**Erik Knutson**                                          **June 2012-May 2014**  
**SVP, Finance and Accounting**  
**American Bank of St. Paul**  
**1060 Dakota Drive**  
**Mendota Heights, MN 55120**

None  
☐

b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                      DATES SERVICES RENDERED

**Erik Knutson**                                          **June 2012-May 2014**  
**SVP, Finance and Accounting**  
**American Bank of St. Paul**  
**1060 Dakota Drive**  
**Mendota Heights, MN 55120**

None  
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

**Erik Knutson**                                          **SVP, Finance and Accounting**  
                                                              **American Bank of St. Paul**  
                                                              **1060 Dakota Drive**  
                                                              **Mendota Heights, MN 55120**

8

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Board of Governors**<br>**Federal Reserve System** | **12/31/2013** |
| **Board of Governors**<br>**Federal Reserve System** | **06/30/2012** |
| **Board of Governors**<br>**Federal Reserve System** | **12/31/2012** |
| **Board of Governors**<br>**Federal Reserve System** | **06/30/2013** |

## 20.  Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑   b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21.  Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Barry O'Meara**<br>**c/o American Bancorporation**<br>**1060 Dakota Drive**<br>**Mendota Heights, MN 55120** | **Board Member** | **12.9403% of Common Stock** |
| **Brian C. Barenscheer 2004**<br>**Revocable Trust**<br>**c/o American Bancorporation**<br>**1060 Dakota Drive**<br>**Mendota Heights, MN 55120** | | **33.4751% of Common Stock** |
| **David Metzen**<br>**c/o American Bancorporation**<br>**1060 Dakota Drive**<br>**Mendota Heights, MN 55120** | **Board Member** | **1.1481% of Common Stock** |
| **Norbert Conzemius**<br>**c/o American Bancorporation**<br>**1060 Dakota Drive**<br>**Mendota Heights, MN 55120** | **President & Board Vice**<br>**Chairman** | **1.1481% of Common Stock** |
| **Norlin Boyum**<br>**c/o American Bancorporation**<br>**1060 Dakota Drive**<br>**Mendota Heights, MN 55120** | **CEO & CFO, Board Chair & Sec.** | **42.9372% of Common Stock** |
| **Russell Gaydos**<br>**c/o American Bancorporation**<br>**1060 Dakota Drive**<br>**Mendota Heights MN 55120** | **Chief Restructuring Officer** | **N/A** |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION<br>AND VALUE OF PROPERTY |
|---|---|---|

10

**24. Tax Consolidation Group.**

None
☑

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION         TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
☑

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND         TAXPAYER IDENTIFICATION NUMBER (EIN)

\* \* \* \* \* \*

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  June 10, 2014                    Signature  _____

**Russell Gaydos, Chief Restructuring Officer**
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U.S.C. § 152 and 3571*

# United States Bankruptcy Court
## District of Minnesota

In re:  **American Bancorporation**                                      Case No.  **14-31882**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **Andy Schweizer**<br>**1215 - 12th Avenue NW**<br>**New Brighton, MN 55112** | **Common** | 350 | |
| **Barry O'Meara**<br>**1060 Dakota Drive**<br>**Mendota Heights, MN 55120** | **Common** | 4,135 | |
| **Brian C. Barenscheer**<br>**2004 Revocable Trust**<br>**1060 Dakota Drive**<br>**Mendota Heights, MN 55120** | **Common** | 10,696 | |
| **David Metzen**<br>**1060 Dakota Drive**<br>**Mendota Heights, MN 55120** | **Common** | 367 | |
| **Mike Maglich**<br>**16700 Grays Bay Blvd.**<br>**Wayzata, MN 55391** | **Common** | 294 | |
| **Norbert Conzemius**<br>**1060 Dakota Drive**<br>**Mendota Heights, MN 55120** | **Common** | 367 | |
| **Norlin Boyum**<br>**1060 Dakota Drive**<br>**Mendota Heights, MN 55120** | **Common** | 13,719 | |
| **Revocable Trust of Austin**<br>**Chapman dated 8-13-1973**<br>**8301 Credkside Circle # 630**<br>**Bloomington MN 55437** | **Common** | 997 | |
| **Robert Thurston**<br>**9196 Lake Avenue S**<br>**Spicer, MN 56288** | **Common** | 734 | |
| **Terry Maglich**<br>**473 Willoughby Way East**<br>**Minnetonka, MN 55305** | **Common** | 294 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Russell Gaydos**, **Chief Restructuring Officer** of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## United States Bankruptcy Court
## District of Minnesota

In re:  **American Bancorporation**                                    Case No.  **14-31882**

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| | | | |

Date: _June 10, 2014_

_Russell Gaydos_

**Russell Gaydos, Chief Restructuring Officer,**
**American Bancorporation**
Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

ALESCO PREFERRED FUNDING XV, LTD.
ATP MANAGEMENT, LLC
C/O CONSTANTINE M. DAKOLAIS
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105


ALESCO PREFERRED FUNDING XVI, LTD.
ATP MANAGEMENT, LLC
C/O CONSTANTINE M. DAKOLAIS
1345 AVENUE OF THE AMERICAS
NEW YORK, NY 10105


AMERICAN BANK OF ST. PAUL
ATTN: RUSSEL GAYDOS
1060 DAKOTA DRIVE
MENDOTA HEIGHTS, MN 55120


ALESCO PREFERRED FUNDING II, LTD.
COHEN & COMPANY FIN. MGMT LLC
CIRCA CENTRE
2929 ARCH ST., 17 FLR
PHILADELPHIA, PA 19104


FEDERAL DEPOSIT INSURANCE CORP.
ATTN: BRIAN GERAETS,
SUPERVISORY EXAMINER
9220 BASS LAKE ROAD, SUITE 220
NEW HOPE, MN 55428


FEDERAL RESERVE BANK OF MINNEAPOLIS
ATTN: FREDERICK MILLER
90 HENNEPIN AVENUE
MINNEAPOLIS, MN 55401


FEDERAL RESERVE BANK OF MINNESOTA
ATTN: GREGORY AASE
90 HENNEPIN AVENUE
MINNEAPOLIS, MN 55401


HENNEPIN CAPITAL, LLC
ATTN: DONALD MCNEIL, ESQ.
HELEY, DUNCAN & MELANDER, PLLP
8500 NORMANDALE LAKE BLVD, STE 2110
MINNEAPOLIS, MN 55428


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES BRANCH
PO BOX 21126
PHILADELPHIA, PA 19114

```
IRS OFFICE OF CHIEF COUNSEL
650 GALTIER PLAZA
380 JACKSON STREET
ST. PAUL, MN 55101



JASON W. HARBOUR
HUNTON & WILLIAMS
RIVERFRONT PLAZA, EAST TOWER
951 EAST BYRD STREET
RICHMOND, VA 23219


JEFFREY KLOBUCAR
BASSFORD REMELE, P.A.
33 SOUTH SIXTH STREET, STE. 3800
MINNEAPOLIS, MN 55402



MINNESOTA DEPARTMENT OF COMMERCE
ATTN: M. SHANE DEAL
DEPUTY COMMISSIONER
85 7TH PLACE EAST, SUITE 500
ST. PAUL, MN 55101


MN DEPARTMENT OF REVENUE
COLLECTION ENFORCEMENT DIVISION
551 BANKRUPTCY SECTION
PO BOX 64447
ST. PAUL, MN 55164


SHANNON E. DAILY
HUNTON & WILLIAMS LLP
RIVERFRONT PLAZA, EAST TOWER
951 BYRD STREET
RICHMOND, VA 23219
```

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MINNESOTA

In re:   **American Bancorporation**

Case No. 14-31882

Chapter 11

_____
Debtor

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of **2** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: June 10, 2014

Signed: _Russell Gaydos_
Russell Gaydos
Chief Restructuring Officer

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
## District of Minnesota

In re **American Bancorporation**                                            Case No. **14-31882**

Debtor                                             Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Alesco Preferred Funding XV, Ltd.<br>ATP Management, LLC<br>c/o Constantine M. Dakolais<br>1345 Avenue of the Americas<br>New York, NY 10105 | | Trust Preferred Securities | | $27,380,355.84 |
| Alesco Preferred Funding XVI, Ltd.<br>ATP Management, LLC<br>c/o Constantine M. Dakolais<br>1345 Avenue of the Americas<br>New York, NY 10105 | | Trust Preferred Securities | | $13,728,561.67 |
| Alesco Preferred Funding II, Ltd.<br>Cohen & Company Fin. Mgmt LLC<br>Circa Centre<br>2929 Arch St., 17 Flr<br>Philadelphia, PA 19104 | | Trust Preferred Securities | | $8,908,504.43 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Russell Gaydos, Chief Restructuring Officer of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: _June 10, 2014_                    Signature: _Russell Gaydos_

**Russell Gaydos ,Chief Restructuring Officer**
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re

American Bancorporation                         Case No.      14-31822

    Debtor.                                       Chapter      11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................See Declaration of George H. Singer [Docket No. 17] for statement of amounts firm agreed to accept for legal services.

Prior to the filing of this statement I have received .............. See Declaration of George H. Singer [Docket No. 17] for statement of amounts paid to the firm for legal services.

Balance Due......................................................................based on hourly fees & expenses

2.    The source of the compensation paid to me was:

     __X__ Debtor   ____ Other (specify)

3.    The source of compensation to be paid to me is:

     __X___ Debtor   _____ Other (specify)

4.    __X__ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     _____ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

(a)     Analysis of the debtor's financial situation, and rendering advice to the debtor in determining ~~whether to file~~ its response to the involuntary petition in bankruptcy;

(b)     Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

(c)     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

(d)     Representation of the debtor in contested bankruptcy matters; and

(e)     Other services reasonably necessary to represent the debtor(s).

6.      Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements of paragraph 9 of the Statement of Financial Affairs of the duty to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Date:  June 10, 2014

Signature of Attorney

/e/ George Singe

Locatelli et al. 2013

DOCS-#4220621-v1