# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

American Bancorporation,

Debtor.

Bky. Case No. 14-31882 (KAC)

Chapter 11

## STATEMENT REGARDING APPLICATION OF DEBTOR TO EMPLOY LINDQUIST & VENNUM LLP AS COUNSEL

The debtor, American Bancorporation, has employed Lindquist & Vennum LLP as its attorneys in the above-captioned case, which employment has been approved by an order entered on June 19, 2014 [Dkt. No. 21], subject to submitting the following information to the Court:

To the extent Lindquist & Vennum's invoices for services provided to the Debtor are paid before they are approved by the Court as permitted under Instruction 9(c) of the Court's Instructions for Filing a Chapter 11 Case, Lindquist & Vennum agrees that it will disgorge any payments it received against such invoices if ordered by the court to do so, and American Bancorporation has agreed to such disgorgement, as provided in Instruction 9(c).

Dated: June 20, 2014

AMERICAN BANCORPORATION

By: Russell Gaydos
Its: Chief Restructuring Officer

1

DOCS-#4236615-v1

DATED: June 20, 2014

LINDQUIST & VENNUM LLP

By:  /e/ George H. Singer
George H. Singer (#0262043)
Jeffrey D. Smith (#0387035)

4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2274
(612) 371-3211
(612) 371-3207 (facsimile)
gsinger@lindquist.com
jsmith@lindquist.com

**ATTORNEYS FOR
AMERICAN BANCORPORATION**

DOCS-#4236615-v1