**DEBTOR:** American Bancorporation

**CASE NUMBER:** 14-31882

**MONTHLY OPERATING REPORT**
CHAPTER 11

### Form 2-A
### COVER SHEET

For Period Ending 1/31/2015

**Accounting Method:** [X] Accrual Basis   [ ] Cash Basis

*THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. Submit the original Monthly Operating Report bearing an original signature, to the U. S. Trustee. A copy of the Report must be filed with the Clerk of Court. 11 U.S.C. § 704(8)

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 2-25-15   **Print Name:** DAVID R. METZEN

**Signature:** DR. Metz

**Title:** Chief Restructuring Officer
(INTERIM)

Rev. 01/01/08

**DEBTOR:** American Bancorporation         **CASE NO:** 14-31882

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 1/1/2015 to 1/31/2015

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ 16916.83 (1) | $ 0 (1) |
| 2. Cash Receipts | | |
|    Operations | 0 | 0 |
|    Sale of Assets | 0 | 0 |
|    Loans/advances | 0 | 0 |
|    Other | 4342.83 | 0 |
|    Total Cash Receipts | $ 4342.83 | $ 0 |
| 3. Cash Disbursements | | |
|    Operations | 0 | 0 |
|    Debt Service/Secured loan payment | 0 | 0 |
|    Professional fees/U.S. Trustee fees | 325 | 0 |
|    Other | 35 | 0 |
|    Total Cash Disbursements | $ 360 | $ 0 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 3982.83 | 0 |
| 5. Ending Cash Balance (to Form 2-C) | $ 20899.66 (2) | $ 0 (2) |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ 0 |
| DIP Operating Account | American Bank of St. Paul | 20899.66 |
| DIP State Tax Account | | 0 |
| DIP Payroll Account | | 0 |
| Other Operating Account | | 0 |
| Other Interest-bearing Account | | 0 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 20899.66 (2) |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.
Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 01/01/08

**DEBTOR:** American Bancorporation        **CASE NO:** 14-31882

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: **1/1/2015** to **1/31/2015**

**CASH RECEIPTS DETAIL**        **Account No:**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount $ |
|---|---|---|---|
| 1/29/2015 | Barry O'Meara | quarterly loan payment | 4,342.83 |

Total Cash Receipts    $    4,342.83  (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 01/01/08

**DEBTOR:** American Bancorporation     **CASE NO:** 14-31882

# Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: **1/1/2015** to **1/31/2015**

**CASH DISBURSEMENTS DETAIL**     **Account No:**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 1/22/2015 | 2002 | US Trustee | quarterly fee | 325.00 |
| 1/22/2015 | 2003 | MN Secretary of State | fee to change registered office | 35.00 |

Total Cash Disbursements     $ 360.00 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 01/01/08

DEBTOR: American Bancorporation    CASE NO: 14-31882

## Form 2-C
## COMPARATIVE BALANCE SHEET
**For Period Ended: 1/31/2015**

| | | Current Month | Petition Date (1) |
|---|---|---:|---:|
| **ASSETS** | | | |
| Current Assets: | | | |
| Cash (from Form 2-B, line 5) | | $ 20,899.66 | $ 8,881.17 |
| Accounts Receivable (from Form 2-E) | | 416,555.87 | 392,392.24 |
| Receivable from Officers, Employees, Affiliates | | 76,021.73 | 84,776.15 |
| Inventory | | - | - |
| Other Current Assets :(List) | Investment in American Bank | 28,425,065.97 | 22,878,019.88 |
| | Attorney Retainer | 11,756.50 | 50,000.00 |
| Total Current Assets | | $ 28,950,299.73 | $ 23,414,069.44 |
| Fixed Assets: | | | |
| Land | | $ - | $ - |
| Building | | - | - |
| Equipment, Furniture and Fixtures | | - | - |
| Total Fixed Assets | | - | - |
| Less: Accumulated Depreciation | | ( - ) | ( - ) |
| Net Fixed Assets | | $ - | $ - |
| Other Assets (List): | Investment in DCT III and IV | 1,145,000.00 | 1,145,000.00 |
| | Umamort Orig Fees | 110,506.12 | 114,868.21 |
| **TOTAL ASSETS** | | $ 30,205,805.85 | $ 24,673,937.65 |
| **LIABILITIES** | | | |
| Post-petition Accounts Payable (from Form 2-E) | | $ - | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 74,000.01 | - |
| Post-petition Taxes Payable (from Form 2-E) | | - | - |
| Post-petition Notes Payable | | - | - |
| Other Post-petition Payable(List): | | - | - |
| | | - | - |
| Total Post Petition Liabilities | | $ 74,000.01 | $ - |
| Pre Petition Liabilities: | | | |
| Secured Debt | | 1,374,080.91 | 1,310,508.66 |
| Priority Debt | | - | - |
| Unsecured Debt | | 52,023,832.77 | 51,218,950.40 |
| Total Pre Petition Liabilities | | $ 53,397,913.68 | $ 52,529,459.06 |
| **TOTAL LIABILITIES** | | $ 53,471,913.69 | $ 52,529,459.06 |
| **OWNERS' EQUITY** | | | |
| Owner's/Stockholder's Equity | | $ 17,798,545.05 | $ 17,798,545.05 |
| Accumulated Other Comprehensive Income | | (455,882.54) | (2,040,830.14) |
| Retained Earnings - Prepetition | | (43,613,236.32) | (43,613,236.32) |
| Retained Earnings - Post-petition | | 3,004,465.97 | - |
| **TOTAL OWNERS' EQUITY** | | $ (23,266,107.84) | $ (27,855,521.41) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | | $ 30,205,805.85 | $ 24,673,937.65 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 01/01/08

**DEBTOR:** American Bancorporation   **CASE NO:** 14-31882

## Form 2-D
## PROFIT AND LOSS STATEMENT
For Period 1/1/2015 to 1/31/2015

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ - | $ - |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ - | $ - |
| Cost of Goods Sold | - | - |
| **Gross Profit** | $ - | $ - |
| Operating Expenses | | |
| Officer Compensation | $ - | $ - |
| Selling, General and Administrative | - | - |
| Rents and Leases | - | - |
| Depreciation, Depletion and Amortization | - | - |
| Other (list): | - | - |
| | - | - |
| Total Operating Expenses | $ - | $ - |
| **Operating Income (Loss)** | $ - | $ - |
| Non-Operating Income and Expenses | | |
| Other Non-Operating Expenses | $ - | $ (4,362.09) |
| Gains (Losses) on Sale of Assets | - | - |
| Interest Income | 3,192.61 | 28,437.70 |
| Interest Expense | (97,898.52) | (868,454.62) |
| Other Non-Operating Income | 341,781.66 | 3,962,098.49 |
| Net Non-Operating Income or (Expenses) | $ 247,075.75 | $ 3,117,719.48 |
| Reorganization Expenses | | |
| Legal and Professional Fees | $ - | $ 112,243.51 |
| Other Reorganization Expense | 360.00 | 1,010.00 |
| Total Reorganization Expenses | $ 360.00 | $ 113,253.51 |
| **Net Income (Loss) Before Income Taxes** | $ 246,715.75 | $ 3,004,465.97 |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ 246,715.75 | $ 3,004,465.97 |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 01/01/08

**DEBTOR:** American Bancorporation  **CASE NO:** 14-31882

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 1/1/2015 to 1/31/2015

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
|   Federal | $ 0 | $ 0 | $ 0 | | $ | 0 |
|   State | 0 | 0 | 0 | | | 0 |
| FICA Tax Withheld | 0 | 0 | 0 | | | 0 |
| Employer's FICA Tax | 0 | 0 | 0 | | | 0 |
| Unemployment Tax | | | | | | |
|   Federal | 0 | 0 | 0 | | | 0 |
|   State | 0 | 0 | 0 | | | 0 |
| Sales, Use & Excise Taxes | 0 | 0 | 0 | | | 0 |
| Property Taxes | 0 | 0 | 0 | | | 0 |
| Accrued Income Tax: | | | | | | |
|   Federal | 0 | 0 | 0 | | | 0 |
|   State | 0 | 0 | 0 | | | 0 |
|   Other: | 0 | 0 | 0 | | | 0 |
| TOTALS | $ 0 | $ 0 | $ 0 | | $ | 0 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Chubb or its subsidiaries | $ 500,000 | 7/31/2015 | 7/31/2015 |
| General Liability | Chubb or its subsidiaries | $ 1,000,000 | 7/31/2015 | 7/31/2015 |
| Property (Fire, Theft) | Chubb or its subsidiaries | $ varies by property | 7/31/2015 | 7/31/2015 |
| Vehicle | Chubb or its subsidiaries | $ 1,000,000 | 7/31/2015 | 7/31/2015 |
| Other (list): | Berkeley-excess bond | $ 5,000,000 | 9/23/2015 | 9/23/2015 |
| | Houston Specialty-bond and D&O | $ 5,000,000 | 9/23/2015 | 9/23/2015 |
| | Travelers - cyber | $ 1,000,000 | 9/23/2015 | 9/23/2015 |

**DEBTOR:** American Bancorporation         **CASE NO:** 14-31882

## Form 2-E
## SUPPORTING SCHEDULES
For Period: 1/1/2015 to 1/31/2015

### ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 0.00 | $ 0.00 |
| 30 to 60 days | 0.00 | 0.00 |
| 61 to 90 days | 0.00 | 0.00 |
| 91 to 120 days | 0.00 | 188.10 |
| Over 120 days | 0.00 | 73,811.91 |
| **Total Post Petition** | 0.00 | |
| **Pre Petition Amounts** | 0.00 | |
| Total Accounts Receivable | $ 0.00 | |
| Less: Bad Debt Reserve | 0.00 | |
| **Net Accounts Receivable (to Form 2-C)** | $ 0.00 | |
| **Total Post Petition Accounts Payable** | | $ 74,000.01 |

\* Attach a detail listing of accounts receivable and post-petition accounts payable

### SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 11756.50 | $ 0.00 | $ 0 | | $ 74001.01 |
| Counsel for Unsecured Creditors' Committee | 0 | 0 | 0 | | 0 |
| Trustee's Counsel | 0 | 0 | 0 | | 0 |
| Accountant | 0 | 0 | 0 | | 0 |
| Other: _____ | 0 | 0 | 0 | | 0 |
| Total | $ 11756.50 | $ 0.00 | 0 | | $ 74001.01 |

\*Balance due to include fees and expenses incurred but not yet paid.

### SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 01/01/08

**DEBTOR:** American Bancorporation  **CASE NO:** 14-31882

## Form 2-F
## QUARTERLY FEE SUMMARY *
**For the Month Ended:** 1/31/2015

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | 2015 | $ 360 | | | |
| February | | 0 | | | |
| March | | 0 | | | |
| TOTAL 1st Quarter | | $ 360 | | | |
| April | | $ 0 | | | |
| May | | | | | |
| June | | 0 | | | |
| TOTAL 2nd Quarter | | $ 0.00 | | | |
| July | | $ 0 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 0 | | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 0 | | | |

### FEE SCHEDULE

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999............... | $325 | $1,000,000 to $1,999,999............ | $6,500 |
| $15,000 to $74,999......... | $650 | $2,000,000 to $2,999,999............ | $9,750 |
| $75,000 to $149,999....... | $975 | $3,000,000 to $4,999,999............ | $10,400 |
| $150,000 to $224,999..... | $1,625 | $5,000,000 to $14,999,999......... | $13,000 |
| $225,000 to $299,999..... | $1,950 | $15,000,000 to $29,999,999........ | $20,000 |
| $300,000 to $999,999..... | $4,875 | $30,000,000 or more.................. | $30,000 |

\* This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\* Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*

Page 1 of 1

Rev. 01/01/08

**DEBTOR:**   American Bancorporation                **CASE NO:** 14-31882

## Form 2-G
## NARRATIVE
**For Period Ending**   1/31/2015

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

> The company performed work in connection with the bankruptcy case. There were no unusual or nonrecurring accounting transactions in January, and no material or unusual changes in financial condition have occurred subsequent to the report date.

Page 1 of 1
Rev. 01/01/08

```
AMERICAN BANK                    000 00001 01                      PAGE:      1
PO Box 64206                     ACCOUNT:        5100041164   01/30/2015
Saint Paul, MN 55164-0206


TELEPHONE:877-382-2265



              ***************AUTO**3-DIGIT 551
              389 0.6190 AT 0.406       2 1 229
                                                      H
              American Bancorporation
              Debtor in Possession
              Russell N Gaydos                                          30-0
              1060 DAKOTA DRIVE                                            1
              MENDOTA HEIGHTS MN   55120-5503                              1


==============================================================================
                    Free Small Business ACCOUNT 5100041164
==============================================================================
           DESCRIPTION              DEBITS         CREDITS    DATE        BALANCE

BALANCE LAST STATEMENT .............................        12/31/14     17,035.58
CHECK(S)                            325.00                  01/27/15     16,710.58
DEPOSIT                                           4,342.83  01/29/15     21,053.41
BALANCE THIS STATEMENT .............................        01/30/15     21,053.41

TOTAL CREDITS         (1)         4,342.83
TOTAL DEBITS          (1)           325.00


==============================================================================
                          YOUR CHECKS SEQUENCED
==============================================================================
DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT DATE...CHECK #......AMOUNT

01/27    2002      325.00

             - - - - - - - - - - I N T E R E S T - - - - - - - - - - -

AVERAGE LEDGER BALANCE:              .00   INTEREST EARNED:                .00
INTEREST PAID THIS PERIOD:           .00   DAYS IN PERIOD:
                                           ANNUAL PERCENTAGE YIELD EARNED: .00%
```

Member FDIC





$4,342.83    01/29/2015          2002    $325.00    01/27/2015

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

    American Bancorporation

          Debtor.

Bky Case No: 14-31882 (KAC)

Chapter 11

## CERTIFICATE OF SERVICE

    Nicole Bucher, of the City of St. Paul, County of Ramsey, State of Minnesota, states that on February 27, 2015 she served the following document:

1.    January Monthly Operating Report,

upon:

Alesco Preferred Funding II, Ltd.
Cohen & Company Financial Management LLC
c/o Peter Addei
Circa Centre, 2929 Arch Street
17th Floor
Philadelphia, PA 19104


via U.S. Mail to the address listed above and electronically by Notice of Electronic Filing upon all parties who have requested service in this case by filing the same via ECF with the Bankruptcy Court in the District of Minnesota..

                                                        /e/ Nicole Bucher
                                                        Nicole M. Bucher